ARCHIBALD W. PARKIN, Respondent, v. THE UNITY PROTECTIVE INSURANCE ASSOCIATION, Appellant.   (Action No. 2.) — Motion to restore appeal to calendar

granted. Case set down for Thursday, April 14, 1927. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.